1   SCOTT J. HYMAN (State Bar No. 148709)
    sjh@severson.com
2   KALAMA M. LUI-KWAN (State Bar No. 242121)
    kml@severson.com
3   ALISA A. GIVENTAL (State Bar No. 273551)
    aag@severson.com
4   SEVERSON & WERSON
    A Professional Corporation
5   One Embarcadero Center, Suite 2600
    San Francisco, CA  94111
6   Telephone:  (415) 398-3344
    Facsimile:  (415) 956-0439
7
    Attorneys for Defendant
8   WELLS FARGO BANK, N.A.

9

10                    UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12  MOHAMMAD SUBHANI,              | Case No.: 3:12-cv-01755-MEJ

13              Plaintiff,         | **STIPULATION TO CONTINUE**
                                   | **DEFENDANT'S DEADLINE TO**
14          vs.                    | **RESPOND TO PLAINTIFF'S**
                                   | **COMPLAINT**
15  WELLS FARGO BANK, NATIONAL     |
    ASSOCIATION an FDIC insured corporation |
16  and does 1 through 100, inclusive,  | Complaint Date:  March 8, 2012

17              Defendant.

18

19          WHEREAS, on March 8, 2012, plaintiff Mohammad Subhani ("Plaintiff") filed an initial

20  complaint ("Complaint") in the Superior Court of the State of California, for the County of Contra

21  Costa, Case No. C 12-00551 ("Action");

22          WHEREAS, on March 8, 2012, Plaintiff served the Complaint upon defendant Wells Fargo

23  Bank, N.A. ("Wells Fargo");

24          WHEREAS, on April 9, 2012, Wells Fargo removed the Action to this Court;

25          WHEREAS, under the Federal Rules of Civil Procedure, Wells Fargo's current deadline to

26  answer or otherwise respond to the Complaint is April 16, 2012;

27          WHEREAS, the parties have engaged in settlement discussions, which are ongoing;

28
                                        1

1    WHEREAS, to facilitate the parties' settlement discussions, Plaintiff has agreed to extend

2  the deadline for Wells Fargo to answer or otherwise respond to the Complaint by 14 days; and

3    WHEREAS, the agreed-upon extension will not alter the date of any event or any deadline

4  already fixed by Court order;

5    NOW THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their

6  respective counsel, that:

7    1.    The time for Wells Fargo to answer or otherwise respond to the Complaint shall be

8  extended until and including April 30, 2012; and

9    2.    This stipulation is without prejudice to the rights, claims, arguments and defenses

10  of all parties.

11  DATED: April 11, 2012                SAGARIA LAW, P.C.

12                                       By: _____/s/ Elliott W. Gale_____
                                                  Elliot W. Gale
13
                                         Attorneys for Plaintiff
14                                       Mohammad Subhani

15  DATED: April 11, 2012                SEVERSON & WERSON
                                         A Professional Corporation
16
                                         By: _____/s/ Alisa A. Givental_____
17                                                Alisa A. Givental

18                                       Attorneys for Defendant
                                         Wells Fargo Bank, N.A.
19

20

21  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

22  under penalty of perjury that concurrence in the filing of the document has been obtained from

23  Elliott W. Gale.

24                                       _____/s/ Alisa A. Givental_____
                                                  Alisa A. Givental
25

26

27

28
                                         2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the time for Wells Fargo to answer or otherwise respond to the Complaint shall be extended until and including April 30, 2012.

DATED: ____April 16, 2012____

_____

UNITED DISTRICT COURT OF THE
NORTHERN DISTRICT OF CALIFORNIA
CHIEF MAGISTRATE JUDGE MARIA-
ELENA JAMES

1

[Proposed] Order
Case No.: CV121755 MEJ