1  SCOTT J. HYMAN (State Bar No. 148709)
   sjh@severson.com
2  KALAMA M. LUI-KWAN (State Bar No. 242121)
   kml@severson.com
3  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12  MOHAMMAD SUBHANI,                    Case No.: 3:12-cv-01755-MEJ

13              Plaintiff,
                                         **STIPULATION TO CONTINUE
14       vs.                             DEFENDANT'S DEADLINE TO
                                         RESPOND TO PLAINTIFF'S
15  WELLS FARGO BANK, NATIONAL           COMPLAINT**
    ASSOCIATION an FDIC insured corporation
16  and does 1 through 100, inclusive,
                                         Complaint Date:  March 8, 2012
17              Defendant.

18

19       WHEREAS, on March 8, 2012, plaintiff Mohammad Subhani ("Plaintiff") filed an initial

20  complaint ("Complaint") in the Superior Court of the State of California, for the County of Contra

21  Costa, Case No. C 12-00551 ("Action");

22       WHEREAS, on March 8, 2012, Plaintiff served the Complaint upon defendant Wells Fargo

23  Bank, N.A. ("Wells Fargo");

24       WHEREAS, on April 9, 2012, Wells Fargo removed the Action to this Court;

25       WHEREAS, under the Federal Rules of Civil Procedure, Wells Fargo's current deadline to

26  answer or otherwise respond to the Complaint is April 16, 2012;

27       WHEREAS, the parties have engaged in settlement discussions, which are ongoing;

28
                                         1
                                                                        Stipulation
                                                              Case No.: CV121755 MEJ

WHEREAS, to facilitate the parties' settlement discussions, Plaintiff has agreed to extend the deadline for Wells Fargo to answer or otherwise respond to the Complaint by 14 days; and

WHEREAS, the agreed-upon extension will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that:

1.     The time for Wells Fargo to answer or otherwise respond to the Complaint shall be extended until and including April 30, 2012; and

2.     This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: April 11, 2012                    SAGARIA LAW, P.C.

                                         By: _____ */s/ Elliott W. Gale*_____
                                                         Elliot W. Gale

                                         Attorneys for Plaintiff
                                         Mohammad Subhani

DATED: April 11, 2012                    SEVERSON & WERSON
                                         A Professional Corporation

                                         By: _____ */s/ Alisa A. Givental*_____
                                                         Alisa A. Givental

                                         Attorneys for Defendant
                                         Wells Fargo Bank, N.A.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Elliott W. Gale.

                                         _____ */s/ Alisa A. Givental*_____
                                                         Alisa A. Givental

Stipulation
Case No.: CV121755 MEJ

1

## [PROPOSED] ORDER

2      Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

3      IT IS HEREBY ORDERED that the time for Wells Fargo to answer or otherwise respond

4  to the Complaint shall be extended until and including April 30, 2012.

5

6  DATED:  _April 16, 2012_

    _____
7                                            UNITED DISTRICT COURT OF THE
    NORTHERN DISTRICT OF CALIFORNIA
7                                            CHIEF MAGISTRATE JUDGE MARIA-
                                             ELENA JAMES
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1