SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SUBHANI,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION an FDIC insured corporation and does 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:12-cv-01755-MEJ<br><br>**STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Complaint Date:  March 8, 2012 |

WHEREAS, on March 8, 2012, plaintiff Mohammad Subhani ("Plaintiff") filed an initial complaint ("Complaint") in the Superior Court of the State of California, for the County of Contra Costa, Case No. C 12-00551 ("Action");

WHEREAS, on March 8, 2012, Plaintiff served the Complaint upon defendant Wells Fargo Bank, N.A. ("Wells Fargo");

WHEREAS, on April 9, 2012, Wells Fargo removed the Action to this Court;

WHEREAS, under the Federal Rules of Civil Procedure, Wells Fargo's initial deadline to answer or otherwise respond to the Complaint was April 16, 2012;

1     WHEREAS, Plaintiff agreed to extend the deadline for Wells Fargo to respond to the Complaint until April 30, 2012;

2     WHEREAS, the parties have engaged in settlement discussions, which are ongoing;

3     WHEREAS, to facilitate the parties' settlement discussions, Plaintiff has agreed to extend the deadline for Wells Fargo to respond to the Complaint by another 14 days; and

    NOW THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that:

    1.    The time for Wells Fargo to answer or otherwise respond to the Complaint shall be extended until and including May 14, 2012; and

    2.    This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: April 25, 2012    SAGARIA LAW, P.C.

By: _____*/s/ Elliott W. Gale*_____
        Elliot W. Gale

Attorneys for Plaintiff
Mohammad Subhani

DATED: April 25, 2012    SEVERSON & WERSON
A Professional Corporation

By: _____*/s/ Alisa A. Givental*_____
        Alisa A. Givental

Attorneys for Defendant
Wells Fargo Bank, N.A.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Elliott W. Gale.

        _____*/s/ Alisa A. Givental*_____
        Alisa A. Givental

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the time for Wells Fargo to answer or otherwise respond to the Complaint shall be extended until and including May 14, 2012.

DATED:  April 27, 2012

_____
CHIEF MAGISTRATE JUDGE
MARIA-ELENA JAMES