1  SCOTT J. HYMAN (State Bar No. 148709)
   sjh@severson.com
2  KALAMA M. LUI-KWAN (State Bar No. 242121)
   kml@severson.com
3  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12  | MOHAMMAD SUBHANI, | Case No.: 3:12-cv-01755-MEJ |
    |---|---|
13  | Plaintiff, | |
14  | vs. | **STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |
15  | WELLS FARGO BANK, NATIONAL ASSOCIATION an FDIC insured corporation and does 1 through 100, inclusive, | |
16  | | Complaint Date:  March 8, 2012 |
17  | Defendant. | |

18

19       WHEREAS, on March 8, 2012, plaintiff Mohammad Subhani ("Plaintiff") filed an initial

20  complaint ("Complaint") in the Superior Court of the State of California, for the County of Contra

21  Costa, Case No. C 12-00551 ("Action");

22       WHEREAS, on March 8, 2012, Plaintiff served the Complaint upon defendant Wells Fargo

23  Bank, N.A. ("Wells Fargo");

24       WHEREAS, on April 9, 2012, Wells Fargo removed the Action to this Court;

25       WHEREAS, under the Federal Rules of Civil Procedure, Wells Fargo's initial deadline to

26  answer or otherwise respond to the Complaint was April 16, 2012;

27

28
   07685.1120/2211615.1                           1

1   WHEREAS, Plaintiff agreed to extend the deadline for Wells Fargo to respond to the Complaint until April 30, 2012;

2   WHEREAS, the parties engaged in settlement discussions;

3   WHEREAS, Plaintiff agreed to extend the deadline for Wells Fargo to respond to the Complaint until May 14;

4   WHEREAS, the parties have come very near settlement;

5   WHEREAS, Plaintiff agreed to extend the deadline for Wells Fargo to respond to the Complaint until June 1, 2012;

6   WHEREAS, the parties agree that if settlement is not reached by June 1, the parties will not seek a further extension; and

7   NOW THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that:

1. The time for Wells Fargo to answer or otherwise respond to the Complaint shall be extended until and including June 1, 2012; and

2. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: May 10, 2012                     SAGARIA LAW, P.C.

                                        By:     */s/ Elliott W. Gale*
                                                Elliot W. Gale

                                        Attorneys for Plaintiff
                                        Mohammad Subhani

DATED: May 10, 2012                     SEVERSON & WERSON
                                        A Professional Corporation

                                        By:     */s/ Alisa A. Givental*
                                                Alisa A. Givental

                                        Attorneys for Defendant
                                        Wells Fargo Bank, N.A.

1  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest
2  under penalty of perjury that concurrence in the filing of the document has been obtained from
3  Elliott W. Gale.

                                                           */s/ Alisa A. Givental*
                                                             Alisa A. Givental

**~~[PROPOSED]~~ ORDER**

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the time for Wells Fargo to answer or otherwise respond to the Complaint shall be extended until and including June 1, 2012.

DATED:  May 10, 2012

CHIEF MAGISTRATE JUDGE
MARIA-ELENA JAMES