1  SCOTT J. SAGARIA (BAR # 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (BAR # 263326)
   Egale@sagarialaw.com
3  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 1750
4  San Jose, CA 95110
   408-279-2288 ph
5  408-279-2299 fax

6  Attorneys for Plaintiff

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 MOHAMMED SUBHANI,                     Case No.: 3:12-cv-01755-MEJ

13      Plaintiff,
                                          ORDER GRANTING PLAINTIFF'S EX
14 vs.                                    PARTE MOTION TO RESTRICT ACCESS

15
   WELLS FARGO BANK, NATIONAL             Judge:   Honorable Marina Elena James
16 ASSOCIATION AN FDIC INSURED
   CORPORATION AND DOES 1-100
17 INCLUSIVE,

18
        Defendants.
19

20
        This matter came before this Honorable Court by way of Ex Parte motion by
21
   Plaintiff Mohammed Subhani requesting this Honorable Court to restrict access to
22
   docket number 1.
23
        IT IS HEREBY ORDERED that the motion to restrict access is granted and the
24
   Clerk shall restrict access to docket number 1.
25

26

27

28

IT IS SO ORDERED

Judge Maria-Elena James